Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

New York City Division

RECEIVED
SDNY PRO SE OFFICE
2021 DEC 28  AM 10: 28

Sean Matthew Finnegan

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Uber Technologies Inc

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  ✔ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sean Matthew Finnegan |
| Street Address | 421 8th Avenue Unit 522 |
| City and County | New York / New York |
| State and Zip Code | New York 10116 |
| Telephone Number | 202-985-2012 |
| E-mail Address | RESTRICT  PLAINTIFF DOES NOT ACCEPT OR EFILE |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Uber Technologies Inc
    Job or Title (if known):
    Street Address: 3 World Trade Center
    City and County: New York / New York
    State and Zip Code: New York 10007
    Telephone Number: 800-353-8237
    E-mail Address (if known):

Defendant No. 2

    Name: Metropolitan Police Departemt
    Job or Title (if known):
    Street Address: 300 Indiana Avenue
    City and County: Washington / District of Columbia
    State and Zip Code: District of Columbia 20001
    Telephone Number: 911
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
15 US Code § 1692d - Harassment and Abuse

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant drugged the plaintiff, held him hostage in a vehicle and drove him around Washington, DC. The defendant then drove him across state lines and left the plaintiff in a parking lot. The metropolitan Police Department and Arlington Police Department failed to respond, investigate or produce reports.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. $1,000,000,000.00 PAYABLE TO THE PLAINTIFFS TRUST.
2. THE DEFENDANT ARE LIABLE FOR ANY AND ALL FEES, COSTS, EXPENSES AND DAMAGES TO THE PLAINTIFF AND HIS CORPORATIONS. THE DEFENDANTS MUST IMMEADITLY REMIT PAYMENT FOR PAST DUE AND ADVANCE PAYMENT FOR FUTURE FEES, COSTS, EXPENSES AND DAMAGES TO THE PLAINTIFF.
3. THE PLAINTIFF IS RELEASED OF ANY AND ALL LIABILITY FOR MATTERS ASSOCIATED WITH OR IN CONNECTION WITH THIS FILING IN ANY WAY. THE DEFENDANTS ARE FULLY LIABLE.

4. THE DEFENDANTS MUST SURRENDER ANY AND ALL DOCUMENTS, EMAILS, AUDIO & VIDEO RECORDINGS, CALL LOGS, ACCOUNT INFORMATION, STATEMENTS AND ANY AND ALL OTHER INFORMATION THE PLAINTIFF DEMANDS, WITHOUT RESTRICTION.
5. MPD MUST IMMEADITLY PRODUCE A REPORT, INVESTIGATE AND ARREST THE SUSPECT.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     12/20/2021

Signature of Plaintiff
Printed Name of Plaintiff    SEAN MATTHEW FINNEGAN

**B.    For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address




431 84TH AVENUE
Unit 522
NY, NY 10116

US District Court
500 Pearl St
NY, NY 10007

Pro Se JLR

2021 DEC 20 AM 10:17
RECEIVED
SDNY PRO SE OFFICE