UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN MATTHEW FINNEGAN,<br><br>                Plaintiff,<br><br>-against-<br><br>UBER TECHNOLIGIES INC., et al.,<br><br>                Defendants. | 1:21-CV-11110 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEES<br>OR AMENDED IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted an IFP application, but his responses do not establish that he is unable to pay the fees to bring this action. Plaintiff states that in the past 12 months, he has not earned any income, and that he possesses no money in cash or in a checking or savings account. He does not, however, answer his IFP application's questions as to whether he owns any assets and, if so, their values. He also does not specify whether he has any debts, other than "Medical" debts, or any other financial obligations and, if so, the amounts of any of his debts or other financial obligations. Thus, the Court is unable to conclude whether Plaintiff is unable to afford to pay the fees to bring this action.

    Accordingly, within 30 days of the date of this order, Plaintiff must either pay the $402.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 1:21-CV-11110 (LTS), and address the deficiencies described above by providing facts to establish that he is unable to pay the fees to

bring this action. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* § 1915(a)(1).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. No summons shall issue at this time. If Plaintiff complies with this order, this action shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, this action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 5, 2022
         New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge